UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

**MONTE KIRK JENNINGS**

Debtor(s)

Bankruptcy No. 08-32404
Chapter 7

**REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011, APPLICATION TO DEPOSIT MONIES TO THE REGISTRY ACCOUNT AND APPLICATION FOR DISCHARGE OF TRUSTEE**

Langdon M. Cooper, the Trustee herein, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been paid by the bank upon which drawn,

EXCEPT the following checks which have remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

| Check No. | Name/Address | Amount |
|---|---|---|
| | NONE | |

and that as to the money represented by these uncashed checks, the Trustee requests that these funds be accepted for deposit into the Clerk of the Bankruptcy Court's Registry Account in accordance with 11 U.S.C. Section 347, and

**THE TRUSTEE FURTHER** reports that, except for the check made payable to the Clerk, United States Bankruptcy Court for deposit to the Registry Account, all cancelled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Accounting.

**WHEREFORE,** the Trustee prays that he be discharged of his trust and that his bond be cancelled.

Dated this 12th day of May, 2010.

                                                                                             */s/ Langdon M. Cooper*
Langdon M. Cooper, Trustee
N.C. State Bar No. 936

MULLEN HOLLAND & COOPER P.A.
301 South York Street
P.O. Box 488
Gastonia, NC  28053-0488
Telephone:  704-864-6751
Facsimile:  704-861-8394
Email:  lcooper@mhc-law.com

2